# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | No. 18-554 |
| v. | : | |
| | : | |
| **ISAIAH DYKES** | : | |

## ORDER

This 16th day of March, 2022, it is hereby **ORDERED** that Movant Isaiah Dykes's Motions to Vacate, Correct, or Set Aside a Sentence under 28 U.S.C. § 2255, ECF 54 and 55, are **DENIED** for the reasons set forth in the accompanying memorandum. There is no basis for the issuance of a certificate of appealability.

/s/ Gerald Austin McHugh
United States District Judge